Plaintiff's Name **Coby Reyes**
Prisoner No. **2514294**
Institution **West County Detention Center 555- Giant- highway Richmond, CA 94805**

**FILED**
Jan 22, 2026
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**Coby Reyes**
*(Enter your full name)*

v.

**Contra Costa County Jail**
**West County detention Center**
**Contra Costa County Sheriff**
**Sheriff david O Livingston**
*(Enter the full name(s) of all defendants in this action)*

Case No. 5:26-cv-00691-SVK(PR)
*(Provided by the Clerk upon filing)*

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

### I. Exhaustion of Administrative Remedies.
*You must exhaust the remedies available at your institution before your claim(s) can go forward. The court will dismiss any unexhausted claims.*

A. Place of present confinement **transport (west County Detention Center)**

B. Is there a grievance procedure in this institution? ☒ YES   ☐ NO

C. If so, did you present the facts in your complaint for review through the grievance procedure? ☒ YES   ☐ NO

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

1. Informal appeal: **on 11/20/25 I informed deputys wright & tompson of the attack on the bus**

2. First formal level: **Sargent Smalley responded Say "a report was Taken By transportaion and medical treatment was Provided"**

3. Second formal level: N/A

4. Third formal level: N/A

E. Is the last level to which you appealed the highest level of appeal available to you?
☒ YES    ☐ NO

F. If you did not present your claim for review through the grievance procedure, explain why.
I did

## II. Parties.

A. If there are additional plaintiffs besides you, write their name(s) and present address(es).
Ethan marcos, henry Sahagum

B. For each defendant, provide full name, official position and place of employment.
Deputy Wright Deputy tompson and transportaion L.T. ryan sheriff David O livingston

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

I Coby Reyes was in Custody transportation bus on 11-20-25 Coming from richmond Courthouse, where deputy tompson & deputy wRight where incompetent and failed to protect me and fellow inmates. Do to staff

negligence the bus was unprofessionaly secured causing General Population inmates to start attacking vs protected custody inmates. Once the transport started moving foward the deputy wasnt able to stop the attack, only being able to say sit down or we will be shot followed with him saying sit or we will be tazed and the attacker being General population inmates retreated to the back of the bus. After the bus came to a stop then the deputy was able to come in to properly secure the gate door that was never closed. Once we reached west County detention center we where seen by medical and given ice packs bandages and pictures where taken.

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

5 million for Pain & Suffering
5 million for spychological damage
5 million for negligence
25 million for Punitive
500 thousand   deputy tompson
500 thousand   deputy wright

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: _____         _____
                    Date                         Signature of Plaintiff

I Coby Reyes was in custody transportation bus on 11-20-25 coming from richmond courthouse. Where depety tomson and depedy wright where incompetence and falied to protect me and fellow in mates. Do to staff negligence the bus was unprofessionaly secured causing GP inmate to start attacking us PC inmates once the transport started moving foward and depety wasnt able to stop the attack only being able to say sit down or we will be shot and the attacker being GP inmates to retreat back to the proper side of the bus then shortly after the bus came to a stop then the depety was able to come in to propley secure the gate door closed. once we reached west detentional center we where seen by medical and given ice packs and taken picksurs of.

Coby Reyes
Coby Reyes 11-21-25

Relif

5 mil Pain B Suffering
5 mil Spsycaltry damage/ PTSd
5 mil neglegence
25 mil Punitidif
500 thousand depetys
500 thousand depity



# CONTRA COSTA COUNTY SHERIFF'S OFFICE
## Custody Services Bureau
# INMATE GRIEVANCE FORM

**FACILITY:** MDF ☐    WCDF ☒    MCDF ☐

**INMATE NAME:** Coby Reyes    **BOOKING:** 2514294    **HOUSING ASSIGNMENT:** 4A1

**TYPE OF GRIEVANCE:** ☒ JAIL/HOUSING CONDITIONS  ☐ CLASSIFICATION STATUS  ☐ MEDICAL AND CARE  ☐ OTHER

**DATE OF INCIDENT:** 11/20/25

**DESCRIPTION OF GRIEVANCE** (Be specific with employee names, dates, places, etc.):    **Appeal (check box):** ☐

Custody failed to protect me from harm. Today 11-20-25 I was on custody transport back to west county Richmond courthouse when deputy Tompson & Wright escorted off the bus to allowe GP custody to get on the bus while me and five other PC custody where on stand by next to the bus for about five six minuts leaving the GP custody on bus with the gate door unlocked then we where let on the bus & when the bus started moving the door swing open and a GP inmate started to attacked a PC inmate behind me then making his way to me and attacking me after two minuts the dept. Tompson said sit down or we will be shot

**Additional Pages (check box):** ☐    **INMATE SIGNATURE:** Coby Reyes    **DATE:** 11/20/25

---

**\*\*TO BE COMPLETED BY CUSTODY STAFF ONLY\*\***

**GRIEVANCE/APPEAL RECEIVED BY:** Sgt. Smalley    **DATE:** 11/20/25
(Sergeant or Above)    Print Name

**GRIEVANCE / APPEAL REVIEW:** ☒ ACCEPTED FOR RESOLUTION    ☐ DENIED BY SUPERVISOR

**ROUTED FOR RESOLUTION:** ☐ DEPUTY  ☐ SERGEANT  ☐ FACILITY COMMANDER  ☐ OTHER: _____

**APPEAL ROUTED TO:** ☐ SERGEANT  ☐ FACILITY COMMANDER  ☐ OTHER _____

**RESPONSE TO GRIEVANCE/APPEAL:** A report was taken by transportation and medical treatment was provided.

**RESPONDING STAFF:** Sgt. Smalley    **EMPLOYEE #:** 81560    **DATE:** 11/20/25
PRINT NAME / RANK

DET: 106 FORM 12/10/21    White—Inmate Booking Folder    Pink—Supervisor 1st Receipt to Inmate    Yellow — 2nd Receipt to Inmate