UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COBY REYES,

          Plaintiff,

    v.

CONTRA COSTA COUNTY JAIL, et al.,

          Defendants.

Case No. 26-cv-00691-YGR (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff filed the instant *pro se* prisoner complaint under 42 U.S.C. § 1983.  On January 22, 2026, mail directed to plaintiff by the Court was returned to the Clerk of the Court with a notation that it was undeliverable, and a handwritten note stating as follows: "released."  Dkt. 4 at 1.  On April 9, 2026, another piece of mail directed to plaintiff by the Court was returned to the Clerk with stamped notations that it was undeliverable, stating: "Return to Sender" and "Not in Custody."  Dkt. 7 at 1.  To date, plaintiff has not updated his address with the Court or submitted any further pleadings in this case.

Pursuant to Northern District Local Rule 3-11 a party proceeding *pro se* whose address changes while an action is pending must promptly file a notice of change of address specifying the new address.  *See* L.R. 3-11(a).  The Court may dismiss without prejudice a complaint when: (1) mail directed to the *pro se* party by the Court has been returned to the Court as not deliverable, and (2) the Court fails to receive within sixty days of this return a written communication from the *pro se* party indicating a current address.  *See* L.R. 3-11(b).

More than sixty days have passed since the first piece of mail directed to plaintiff by the Court was returned as undeliverable on January 22, 2026.  The Court has not received a notice from plaintiff of a new address.  Instead, as stated above, another piece of mail directed to plaintiff

by the Court was returned as undeliverable on April 9, 2026. *See* Dkt. 7. Accordingly, the complaint is DISMISSED without prejudice pursuant to Rule 3-11 of the Northern District Local Rules. The Clerk shall terminate all pending motions and close the file.

IT IS SO ORDERED.

Dated: July 9, 2026

_____
JUDGE YVONNE GONZALEZ ROGERS
Chief United States District Judge

United States District Court
Northern District of California

2